PEOPLE ex rel. GARLL, Appellant, v. BURLINGHAM et al., Respondents. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Proceedings by the people of the state of New York, on the relation of Dennis J. Garll, against Charles C. Burlingham and others. J. Fitch, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with costs.

PEOPLE ex rel. McGAFFNEY, Appellant, v. DOUGHERTY, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Proceedings by the people of the state of New York, on the relation of Edward J. McGaffney, against J. Hampden Dougherty, commissioner. T. J. O'Neill, for appellant. T. Farley, for respondent. No opinion. Proceedings affirmed, and writ dismissed, with $50 costs and disbursements.

PEOPLE ex rel. MURPHY, Appellant, v. BOARD OF EDUCATION, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Proceedings by the people of the state of New York, on the relation of Margaret Murphy, against the board of education. F. M. Hardenbergh, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. NEW YORK, N. H. & H. R. CO., Appellant, v. BOARD OF RAILROAD COM'RS OF STATE OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 18, 1902.) Proceedings by the people of the state of New York, on the relation of the New York, New Haven & Hartford Railroad Company, against the board of railroad commissioners of the state of New York, and Ashley W. Cole, Frank M. Baker, and George W. Dunn, members of and comprising said board, and the New York & Port Chester Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements, upon opinion in court below. See 78 N. Y. Supp. 750.

PEOPLE ex rel. NEW YORK, N. H. & H. R. CO., Appellant, v. BOARD OF RAILROAD COM'RS OF STATE OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) Proceedings by the people of the state of New York on the relation of the New York, New Haven & Hartford Railroad Company against the board of railroad commissioners of the state of New York, and Ashley W. Cole and others, members of and comprising said board, and the New York & Port Chester Railroad Company. No opinion. Motion denied.

PEOPLE ex rel. NISBET et al., Respondents, v. BOARD OF SUP'RS OF WESTCHESTER COUNTY, Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Proceedings by the people of the state of New York, on the relation of William F. Nisbet and Martha A. Aborn, against the board of supervisors of Westchester county. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. PERKINSON, Relator, v. MURPHY, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Proceedings by the people of the state of New York, on the relation of Martin J. Perkinson, against Michael C. Murphy as commissioner. C. Sullivan, for relator. T. Farley, for respondent. No opinion. Proceedings affirmed, and writ dismissed, with costs.

PEOPLE ex rel. PICKETT, Appellant, v. O'BRIEN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Proceedings by the people of the state of New York on the relation of Patrick H. Pickett, against William J. O'Brien and others. G. A. Knobloch, for appellant. J. J. Adams, for respondents. No opinion. Order affirmed, with $50 costs and disbursements.

PEOPLE ex rel. SANDS, Appellant, v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 21, 1902.) Proceedings by the people of the state of New York, on the relation of B. Aymar Sands, against Thomas L. Feitner and others. L. G. Reed, for appellant. D. Rumsey, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. SHERIDAN, Appellant, v. ADAMS et al., Respondents. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Proceedings by the people of the state of New York, on the relation of John Sheridan, against Richard H. Adams

and others. **A. S.** Gilbert, for appellant. **T.** Connoly, for respondents. No opinion. Order affirmed, with costs.

